USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/2025

**MEMORANDUM ENDORSEMENT**

Michael Buxbaum v. County of Rockland

7:25-cv-2088-NSR

The Court is in receipt of Defendant's letter dated April 24, 2025, requesting a pre-motion conference, a "gatekeeper order," and to dismiss several of Plaintiff's motions and applications for *ex parte* relief as premature (ECF No. 32) (attached hereto).

First, the Court directs Plaintiff to respond to Defendant's letter dated April 24, 2025 to address the Defendant's requests for a pre-motion conference and a "gatekeeper order."

Second, the Court will dismiss Plaintiff's request for summary judgment and *ex parte* relief in ECF Nos. 13, 15, 19, 23, 25, 27, 28 and 29 without prejudice to renew. Plaintiff's motions for summary judgment (ECF Nos. 13, 15) are premature and fail to comply with the Court's Individual Rules of Practice. Plaintiff's motions for *ex parte* relief (ECF Nos. 19, 23, 25, and 28) fail to a provide legal basis for seeking the proposed relief, fail to provide a basis for why it should be considered *ex parte*, fail to comply with the Court's Individual Rules of Practice, and are without an affidavit of merit.

Third, Plaintiff's letters requesting a signature of the previously filed *subpoena duces tecum* (ECF Nos. 17, 26) also fail to comply with the Court's Individual Rules of Practice and are otherwise improper. Accordingly, Plaintiff's requests at ECF Nos. 13, 15, 17, 19, 23, 25, 26, and 28 are DENIED without prejudice to renew. The Clerk of Court is directed to terminate the motion at ECF No.15.

**Dated: April 25, 2025**
      **White Plains, NY**

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge



**SARETSKY KATZ DRANOFF WEISSMAN & MAYNARD, L.L.P.**

565 Taxter Road, Suite 210
Elmsford, New York 10523
TELEPHONE (212) 973-9797
FACSIMILE (212) 973-0939
E-MAIL rweissman@skdwmlaw.com
www.skdllp.com

April 24, 2025

<u>VIA ECF</u>
Hon. Nelson Román
United States Courthouse for the Southern District of New York
300 Quarropas Street, Courtroom 218
White Plains, New York 10601-4150

    Re:  *Michael Buxbaum v. County of Rockland*
          Docket No.: 25-CV-02088 (NSR)

Dear Judge Román:

    Defendant the County of Rockland ("the County") requests a pre-motion conference or briefing schedule regarding a proposed Rule 12(b)(6) motion to dismiss plaintiff pro se Michael Buxbaum's ("Plaintiff") Complaint (PACER Doc. 12) and a proposed motion for a gatekeeper order prohibiting Plaintiff from filing further pro se actions without advance Court approval.

## **Plaintiff Pro Se's Current Complaint Should Be Dismissed**

    Plaintiff's Complaint should be dismissed in its entirety for failure to state a cause of action. Even a pro se plaintiff must plead sufficient facts to meet the plausibility standard established in *Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atl. Corp. v. Twombly,* 550 U.S. 544 (2007). See *Jackson v. Cty. of Rockland*, 450 F. App'x 15, 18 (2d Cir. 2011). Here, Plaintiff's claims are not even comprehensibly pleaded, much less plausibly pleaded.

    Plaintiff seeks awards of $5.5 million and nearly $94 million pursuant to the False Claims Act (31 U.S.C. § 3729). (PACER Doc. 12, Pg. 6) However, the Complaint does not identify the allegedly false claims, specify how many there were, set forth the dates they were made, plead who made the claims or specify what is allegedly false about them. The most that can be gleaned from the Complaint is that the claims have something to do with "pensions and… other post-employment benefits" "including a second pension that is overfunded with money paid from the Federal Government", and that the County supposedly "is fraudulently reporting audited financial reports and making false claims for money to the American Federal Government and fraudulently spending Federal money… with fraudulent actuarial computations that… have no Mathematical fact…" (PACER Doc. 12, Pg. 5)

    Significantly, qui tam FCA complaints are subject to the heightened pleading standards of F.R.C.P. 9(b), which, "requires a party alleging fraud to 'state with particularity the circumstances constituting fraud,' which 'ordinarily requires a complaint alleging fraud to (1) specify the

**SARETSKY KATZ DRANOFF WEISSMAN & MAYNARD, L.L.P.**

Hon. Nelson Román
April 24, 2025
Page 2

statements that the plaintiff contends were fraudulent, (2) identify the speaker, (3) state where and when the statements were made, and (4) explain why the statements were fraudulent.'" *U.S. ex rel. Askari v. Pharmerica Corp.*, 2024 U.S. App. LEXIS 6227, at *5-6, 2024 WL 1132191 (2d Cir. Mar. 15, 2024). Further, "To be actionable under the False Claims Act, '[a] misrepresentation about compliance with a statutory, regulatory, or contractual requirement must be material to the Government's payment decision.'" *Askari*, 2024 U.S. App. LEXIS 6227, at *8, citing *Universal Health Servs., Inc. v. U.S.*, 579 U.S. 176, 181 (2016). This standard is "demanding." *Universal Health*, 579 U.S. at 194. The Complaint does not even remotely plead facts meeting these demanding standards and it should, therefore, be dismissed.

Moreover, as a procedural matter, even if the Complaint contained enough factual allegations to make it comprehensible and plausible, it is not brought in the name of the government, as required by 31 U.S.C. § 3730(b)(1), nor does it indicate that it was first filed with the government in camera and under seal, as required by 31 U.S.C. § 3730(b)(2).

### A Gatekeeper Order Is Appropriate Given Plaintiff's Scores of Frivolous Pro Se Lawsuits

Between December 9, 2024 and April 16, 2024 Plaintiff has filed no fewer than 109 pro se lawsuits in this Court and two more in the Eastern District of New York. (See annexed index of cases.) Of these, 94 have already been dismissed. Plaintiff's vexatious and frivolous filings include five cases against the County of Rockland and its officials, at least eleven against other governmental entities and officials and approximately 93 against private parties. Given this flagrant abuse of the court system, an anti-filing injunction (a "gatekeeper order"), prohibiting Plaintiff from commencing further pro se litigation without advance court approval, is warranted.

"In determining whether to issue an anti-filing injunction, a district court considers '(1) the litigant's history of litigation and in particular whether it entailed vexatious, harassing or duplicative lawsuits; (2) the litigant's motive in pursuing the litigation, e.g., does the litigant have an objective good faith expectation of prevailing?; (3) whether the litigant is represented by counsel; (4) whether the litigant has caused needless expense to other parties or has posed an unnecessary burden on the courts and their personnel; and (5) whether other sanctions would be adequate to protect the courts and other parties.'" *Wood v. Mut. Redevelopment Houses, Inc.*, 2024 U.S. Dist. LEXIS 164924, 2024 WL 4164485 (SDNY Sept. 12, 2024), citing *Safir v. U.S. Lines, Inc.*, 792 F.2d 19, 24 (2d Cir. 1986). "[T]he Second Circuit has never required that all five factors be met…." *Wood, supra* citing *Hermes of Paris, Inc. v. Swain*, 2021 U.S. App. LEXIS 33075, 2021 WL 5170726, at *3-4 (2d Cir. Nov. 8, 2021). In fact, the Second Circuit held in *Safir*, 792 F.2d at 24, that, "A district court not only may but should protect its ability to carry out its constitutional functions against the threat of onerous, multiplicitous, and baseless litigation" by issuing an anti-filing injunction. See also *Hai Dong Li v. Alibaba Grp. Holding, Ltd.*, 2023 U.S. App. LEXIS 3787, at *5-6 (2d Cir. Feb. 17, 2023). Thus, in *Wood, supra*, Judge Torres issued an anti-filing injunction, holding:

> [I]t seems unlikely that a lesser sanction would deter Plaintiffs from refiling a similar action in the future…. Plaintiffs have filed seven related cases over the past

**SARETSKY KATZ DRANOFF WEISSMAN & MAYNARD, L.L.P.**

Hon. Nelson Román
April 24, 2025
Page 3

> ten years, the first six of which have been dismissed…. [A] New York state court previously issued an anti-filing injunction after finding that Plaintiffs' "persistent filing of meritless actions" had led them to "forfeit[] their right to free access to the courts."… Plaintiffs filed a related action in state court less than a month after the injunction issued,… demonstrating the gravity of Plaintiffs' disregard for the judicial process and the need for intervention.

*Id*, 2024 U.S. Dist. LEXIS 164924 at *5-8

Here, every *Safir* factor mitigates in favor of issuance of an anti-filing injunction. Plaintiff's history of frivolous pro se filings far exceeds the seven cases referenced in *Wood*. This frivolousness, and Plaintiff's intent to baselessly harass the defendants, is amply illustrated by the below summaries of some of his cases:

- *Buxbaum v. Hochul*, 25-cv-3026. Plaintiff sought the removal of the New York State Governor because she did not attend a funeral and thus "sanctioned the execution and assassination of the worst triple homicide in New York State history";
- *Buxbaum v. Bongiorno*, 25-cv-223. Plaintiff sought a warrant of eviction (against whom he does not state) because "Michael Bongiorno, Town of Clarkstown Justice is creating court hearings that have no basis in due process."
- *Buxbaum v. Walsh*, 25-cv-689. Plaintiff sought $5.3 million claiming that District Attorney Walsh was monitoring Plaintiff's personal electronic equipment;
- *Buxbaum v. Falco*, 25-cv-598. Plaintiff sought $5.3 million claiming that Sheriff Falco keeps the temperature too low at the Rockland County Jail;
- *Buxbaum v. Edwin Day*, 25-cv-595. Plaintiff sought $5.3 million complaining that County Executive Day "spends money to employ county workers at the Rockland County Jail and other Rockland County social programs by transferring money to budgets not based upon necessity…."

Notably, Chief Judge Swain has had to create a standing order to specifically deal with Plaintiff's endless pro se lawsuits. See *In Re Michael Buxbaum*, Order of Dismissal, 25-cv-689, Doc. 3. Since this procedure has not slowed Plaintiff's filings, the only way to rein in Plaintiff's abuse of his pro se status is to issue a gatekeeper order.

Finally, prior to Plaintiff's April 23, 2025 service of his Complaint, he filed two motions for summary judgment and seven applications for ex parte relief (PACER Docs. 13, 15, 17, 19, 23, 25, 27, 28 and 29) including a request for issuance of a subpoena unless the County pays Plaintiff $25 million, a request that the County's pension system be put into receivership and five applications for relief against parties in other cases. These applications should all be denied as premature. Thank you for your consideration.

Respectfully submitted,

Robert B. Weissman

4/24/25, 9:51 AM
PACER Case Locator - Search Results
Case 7:25-cv-02088-NSR    Document 31    Filed 04/24/25    Page 5 of 9
An official website of the United States government. Here's how you know. ⌄
Log in to PACER Systems



# Party Search Results

**Search Criteria:** Party Search; Last Name: [Buxbaum]; First Name: [Michael]
**Result Count:** 119 (3 pages)
**Current Page:** 3

| Party Name | Case Number | Case Title |
|---|---|---|
| Buxbaum, Michael (db) | 1:2009bk17876 | Michael Taylor Buxbaum and Rachel Rita Buxbaum |
| Buxbaum, Michael (pla) | 1:2025cv00960 | Buxbaum v. Hirschler |
| Buxbaum, Michael (pla) | 1:2025cv01432 | Buxbaum v. Travis et al |
| Buxbaum, Michael (pla) | 1:2024cv09388 | Buxbaum v. JP Morgan Chase |
| Buxbaum, Michael (pla) | 1:2021cv09553 | Buxbaum v. Cornell et al |
| Buxbaum, Michael (pla) | 1:2025cv03026 | Buxbaum v. Hochul |
| Buxbaum, Michael (pla) | 1:2025cv03034 | Buxbaum v. Fox Corporation |
| Buxbaum, Michael (pla) | 1:2025cv03038 | Buxbaum v. Major League Baseball |
| Buxbaum, Michael (pla) | 1:2024cv09546 | Buxbaum v. Sommer et al |
| Buxbaum, Michael (pla) | 1:2024cv09784 | Buxbaum v. Webull Financial LLC |
| Buxbaum, Michael (pla) | 1:2024cv09785 | Buxbaum v. JP Morgan Chase & Co. |
| Buxbaum, Michael (pla) | 1:2024cv09832 | Buxbaum v. TD Bank |
| Buxbaum, Michael (pla) | 1:2024cv09894 | Buxbaum v. One Finance, Inc. |
| Buxbaum, Michael (pla) | 1:2024cv09895 | Buxbaum v. Intuit, Inc. |
| Buxbaum, Michael (pla) | 1:2024cv10054 | Buxbaum v. Zillow, Inc. |
| Buxbaum, Michael (pla) | 1:2024cv10060 | Buxbaum v. Intuit, Inc. |
| Buxbaum, Michael (pla) | 1:2024cv10077 | Buxbaum v. Zillow Inc. |
| Buxbaum, Michael (pla) | 1:2024cv10080 | Buxbaum v. Sommer et al |
| Buxbaum, Michael (pla) | 1:2024cv10061 | Buxbaum v. One Finance, Inc. |
| Buxbaum, Michael (pla) | 1:2024cv10062 | Buxbaum v. Block, Inc. |
| Buxbaum, Michael (pla) | 1:2024cv10063 | Buxbaum v. One Finance, Inc. dba Walmart |
| Buxbaum, Michael (pla) | 1:2024cv10081 | Buxbaum v. TD Bank |
| Buxbaum, Michael (pla) | 1:2025cv00223 | Buxbaum v. Bongiorno |
| Buxbaum, Michael (pla) | 1:2025cv00224 | Buxbaum v. TD Bank N.A. |
| Buxbaum, Michael (pla) | 1:2025cv00225 | Buxbaum v. Zillow Group, Inc. |
| Buxbaum, Michael (pla) | 1:2025cv00296 | Buxbaum v. JP Morgan Chase & Co. |
| Buxbaum, Michael (pla) | 1:2025cv00297 | Buxbaum v. Zillow Group, Inc. |
| Buxbaum, Michael (pla) | 1:2025cv00367 | Buxbaum v. Paypal, Inc. |
| Buxbaum, Michael (pla) | 7:2025cv00368 | Buxbaum v. Shtabsky et al |

| Party Name | Case Number | Case Title |
|---|---|---|
| Buxbaum, Michael (pla) | 1:2025cv00359 | Buxbaum v. Coinbase, Inc. |
| Buxbaum, Michael (pla) | 1:2025cv00361 | Buxbaum v. Payward, Inc. |
| Buxbaum, Michael (pla) | 1:2025cv00404 | Buxbaum v. Experian |
| Buxbaum, Michael (pla) | 1:2025cv00457 | Buxbaum v. Buxbaum et al |
| Buxbaum, Michael (pla) | 1:2025cv00509 | Buxbaum v. Robert C. Gottleib & Associates PLLC |
| Buxbaum, Michael (pla) | 7:2025cv00458 | Buxbaum v. Legal Aid Society |
| Buxbaum, Michael (pla) | 1:2025cv00517 | Buxbaum v. Bank of America, N.A. |
| Buxbaum, Michael (pla) | 7:2025cv00518 | Buxbaum v. Town of Clarkstown Police Department |
| Buxbaum, Michael (pla) | 7:2025cv00519 | Buxbaum v. Kevin Conway, Esq. |
| Buxbaum, Michael (pla) | 1:2025cv00523 | Buxbaum v. Bongiorno |
| Buxbaum, Michael (pla) | 1:2025cv00521 | Buxbaum v. Hopkins |
| Buxbaum, Michael (pla) | 1:2025cv00524 | Buxbaum v. Bridandi |
| Buxbaum, Michael (pla) | 1:2025cv00531 | Buxbaum v. Smith |
| Buxbaum, Michael (pla) | 7:2025cv00532 | Buxbaum v. Smith |
| Buxbaum, Michael (pla) | 7:2025cv00526 | Buxbaum v. Cornell |
| Buxbaum, Michael (pla) | 1:2025cv00528 | Buxbaum v. Hesse |
| Buxbaum, Michael (pla) | 1:2025cv00527 | Buxbaum v. Goldsmith |
| Buxbaum, Michael (pla) | 1:2025cv00525 | Buxbaum v. Clarkstown Police Department |
| Buxbaum, Michael (pla) | 1:2025cv00529 | Buxbaum v. Pollak |
| Buxbaum, Michael (pla) | 1:2025cv00530 | Buxbaum v. Schroeder |
| Buxbaum, Michael (pla) | 1:2025cv00590 | Buxbaum v. Kahn |
| Buxbaum, Michael (pla) | 1:2025cv00595 | Buxbaum v. Day |
| Buxbaum, Michael (pla) | 1:2025cv00597 | Buxbaum v. Ellenzweig |
| Buxbaum, Michael (pla) | 1:2025cv00598 | Buxbaum v. Falco |

**PACER Service Center**  04/24/2025 08:49:10

| | |
|---|---|
| User | weissmannw1 |
| Client Code | |
| Description | All Court Types Party Search |
| | All Courts; Name Buxbaum, Michael; All Courts; Page: 1 |
| Billable Pages | 1 ($0.10) |

*** Previously Billed ***

PACER FAQ    Privacy & Security    Contact Us



# Party Search Results

**Search Criteria:** Party Search; Last Name: [Buxbaum]; First Name: [Michael]
**Result Count:** 119 (3 pages)
**Current Page:** 3

| Party Name | Case Number | Case Title |
|---|---|---|
| Buxbaum, Michael (pla) | 1:2025cv00602 | Buxbaum v. Kallen |
| Buxbaum, Michael (pla) | 1:2025cv00606 | Buxbaum v. Rosano |
| Buxbaum, Michael (pla) | 1:2025cv00608 | Buxbaum v. Legal Aid Society of Rockland County |
| Buxbaum, Michael (pla) | 1:2025cv00603 | Buxbaum v. Kaplan |
| Buxbaum, Michael (pla) | 1:2025cv00605 | Buxbaum v. Mendolsohn |
| Buxbaum, Michael (pla) | 1:2025cv00604 | Buxbaum v. Laurenzi |
| Buxbaum, Michael (pla) | 1:2025cv00610 | Buxbaum v. Rocco's Italian Cuisine & Pizza |
| Buxbaum, Michael (pla) | 1:2025cv00611 | Buxbaum v. Buxbaum |
| Buxbaum, Michael (pla) | 1:2025cv00612 | Buxbaum v. Buxbaum et al |
| Buxbaum, Michael (pla) | 1:2025cv00613 | Buxbaum v. Zillow Group Inc. |
| Buxbaum, Michael (pla) | 1:2025cv00686 | Buxbaum v. Sands |
| Buxbaum, Michael (pla) | 1:2025cv00687 | Buxbaum v. Travis et al |
| Buxbaum, Michael (pla) | 1:2025cv00689 | Buxbaum v. Walsh III |
| Buxbaum, Michael (pla) | 1:2025cv00690 | Buxbaum v. Wilmington Savings Fund Society, FSB |
| Buxbaum, Michael (pla) | 7:2025cv00616 | Buxbaum v. Rosano |
| Buxbaum, Michael (pla) | 1:2025cv00667 | Buxbaum v. Hirschler, Esq. |
| Buxbaum, Michael (pla) | 1:2025cv00668 | Buxbaum v. Penn |
| Buxbaum, Michael (pla) | 1:2025cv00701 | Buxbaum v. Shtabsky et al |
| Buxbaum, Michael (pla) | 1:2025cv00792 | Buxbaum v. DeFilippo |
| Buxbaum, Michael (pla) | 1:2025cv00793 | Buxbaum v. Streicher |
| Buxbaum, Michael (pla) | 1:2025cv00794 | Buxbaum v. Zweig |
| Buxbaum, Michael (pla) | 1:2025cv00796 | Buxbaum v. Bonacorso |
| Buxbaum, Michael (pla) | 7:2025cv00797 | Buxbaum v. Del Rivero |
| Buxbaum, Michael (pla) | 1:2025cv00798 | Buxbaum v. Ioannou et al |
| Buxbaum, Michael (pla) | 1:2025cv00801 | Buxbaum v. Berger |
| Buxbaum, Michael (pla) | 7:2025cv01060 | Buxbaum v. Bonacorso |
| Buxbaum, Michael (pla) | 7:2025cv01064 | Buxbaum v. Ioannou et al |
| Buxbaum, Michael (pla) | 1:2025cv01065 | Buxbaum v. Del Rivero |

| Party Name | Case Number | Case Title |
|---|---|---|
| Buxbaum, Michael (pla) | 1:2025cv01067 | Buxbaum v. Shtabsky et al |
| Buxbaum, Michael (pla) | 1:2025cv01068 | Buxbaum v. Buxbaum et al |
| Buxbaum, Michael (pla) | 1:2025cv01070 | Buxbaum v. LeMoullec et al |
| Buxbaum, Michael (pla) | 1:2025cv01956 | Buxbaum v. Bank of America N.A. |
| Buxbaum, Michael (pla) | 7:2025cv01958 | Buxbaum v. Key Star Capital Fund II, L.P. |
| Buxbaum, Michael (pla) | 1:2025cv01954 | Buxbaum v. Town of Clarkstown |
| Buxbaum, Michael (pla) | 7:2025cv02088 | Buxbaum v. Rockland County |
| Buxbaum, Michael (pla) | 1:2025cv02339 | Buxbaum v. Walt Disney Co. |
| Buxbaum, Michael (pla) | 1:2025cv02765 | Buxbaum v. JetBlue Airways Corporation |
| Buxbaum, Michael (pla) | 1:2025cv02766 | Buxbaum v. Zillow Group Inc. |
| Buxbaum, Michael (pla) | 1:2025cv02770 | Buxbaum v. Spirit Airlines LLC |
| Buxbaum, Michael (pla) | 1:2025cv02807 | Buxbaum v. Comcast Corporation |
| Buxbaum, Michael (pla) | 1:2025cv02856 | Buxbaum v. Montefiore Nyack Hospital |
| Buxbaum, Michael (pla) | 1:2025cv02867 | Buxbaum v. Buxbaum |
| Buxbaum, Michael (pla) | 1:2025cv02887 | Buxbaum v. Buxbaum |
| Buxbaum, Michael (pla) | 1:2025cv02888 | Buxbaum v. Buxbaum |
| Buxbaum, Michael (pla) | 1:2025cv03052 | Buxbaum v. Bondi |
| Buxbaum, Michael (pla) | 1:2025cv03053 | Buxbaum v. Trump |
| Buxbaum, Michael (pla) | 1:2025cv03054 | Buxbaum v. Wanamaker |
| Buxbaum, Michael (pla) | 1:2025cv03055 | Buxbaum v. DiNapoli |
| Buxbaum, Michael (pla) | 1:2025cv03057 | Buxbaum v. James |
| Buxbaum, Michael (pla) | 1:2025cv03059 | Buxbaum v. Suzuki Motor USA, LLC |
| Buxbaum, Michael (pla) | 1:2025cv03089 | Buxbaum v. Gotham FC |
| Buxbaum, Michael (pla) | 1:2025cv03091 | Buxbaum v. United States Soccer Federation Inc |
| Buxbaum, Michael (pla) | 1:2025cv03092 | Buxbaum v. New York University |

**PACER Service Center** — 04/24/2025 08:49:59

| | |
|---|---|
| **User** | weissmannw1 |
| **Client Code** | |
| **Description** | All Court Types Party Search<br>All Courts; Name Buxbaum, Michael; All Courts; Page: 2 |
| **Billable Pages** | 1 ($0.10) |

*** Previously Billed ***

An official website of the United States government.   Here's how you know. ⌄          Log in to PACER Systems →



# Party Search Results

**Search Criteria:** Party Search; Last Name: [Buxbaum]; First Name: [Michael]
**Result Count:** 119 (3 pages)
**Current Page:** 3

| Party Name | Case Number | Case Title |
|---|---|---|
| Buxbaum, Michael (pla) | 1:2025cv03094 | Buxbaum v. Falco |
| Buxbaum, Michael (pla) | 1:2025cv03124 | Buxbaum v. Comcast Corporation |
| Buxbaum, Michael (pla) | 1:2025cv03125 | Buxbaum v. NVIDIA Corporation |
| Buxbaum, Michael (pla) | 1:2025cv03152 | Buxbaum v. Dreamscape Companies LLC |
| Buxbaum, Michael (pla) | 1:2025cv03154 | Buxbaum v. letterstream.com |
| BUXBAUM, MICHAEL (dft) | 2:2005cv01933 | POLLARD et al v. DOYLESTOWN HOSPITAL et al |
| Buxbaum, Michael Jay (db) | 7:2024bk22907 | Michael Jay Buxbaum |
| Buxbaum, Michael Jay (db) | 7:2024bk22907 | Michael Jay Buxbaum |
| Buxbaum, Michael Jay (db) | 7:2024bk22907 | Michael Jay Buxbaum |
| Buxbaum, Michael T. (db) | 1:2009bk17876 | Michael Taylor Buxbaum and Rachel Rita Buxbaum |
| Buxbaum, Michael Taylor (db) | 1:2009bk17876 | Michael Taylor Buxbaum and Rachel Rita Buxbaum |

| PACER Service Center | |
|---|---|
| | 04/24/2025 08:50:02 |
| User | weissmannw1 |
| Client Code | |
| Description | All Court Types Party Search |
| | All Courts; Name Buxbaum, Michael; All Courts; Page: 3 |
| Billable Pages | 1 ($0.10) |

*** Previously Billed ***

PACER FAQ                    Privacy & Security                    Contact Us