USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2025

**MEMORANDUM ENDORSEMENT**

Michael Buxbaum v. County of Rockland

7:25-cv-2088-NSR

The Court is in receipt of *pro se* Plaintiff's several requests for restraining orders. (ECF Nos. 56, 57, 58, and 59.) The Court has instructed *pro se* Plaintiff before that he is required to follow the Court's Individual Rules of Practice. (ECF No. 33) (dismissing Plaintiff's requests for summary judgment and *ex parte* relief for failure to comply with the Court's Individual Rules of Practice). Yet Plaintiff continues to fail to do so. Accordingly, *Pro se* Plaintiff's requests for restraining orders at ECF Nos. 56, 57, 58, and 59 are DENIED for failure to, once again, follow the Court's Individual Rules of Practice.

The Clerk of Court is directed to terminate the motions at ECF Nos. 56, 57, 58, and 59. The Clerk of Court is further directed to mail a copy of this endorsement to *pro se* Plaintiff at his address as it is listed on ECF and to show service on the docket.

**Dated: May 14, 2025**
    **White Plains, NY**

SO ORDERED:

NELSON S. ROMÁN
United States District Judge